IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NORTH DAKOTA

| | | |
|---|---|---|
| In re: | ) | Case No. 24-30422 |
| | ) | (Chapter 11) |
| JAMIESON CAPEX FUND, LLC | ) | |
| | ) | |
| Reorganization Debtor. | ) | |
| | ) | |
| | ) | |
| JAMIESON CAPEX FUND, LLC | ) | |
| | ) | Adv. Case No. 26-07001 |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| FREDERICK WILLIAM BROWER | ) | |
| | ) | |
| Defendant. | ) | |

**NOTICE OF APPEARANCE**

Please note the appearance of Christianna A. Cathcart as counsel for Jamieson CAPEX Fund, LLC., a reorganized debtor herein, and serve all pleadings and court papers upon undersigned counsel.

                        Respectfully Submitted,

Dated: January 5, 2026      By:    /s/ Christianna A. Cathcart
                                                Christianna A. Cathcart, Esq.
                                                The Dakota Bankruptcy Firm
                                                1630 1st Avenue N
                                                Suite B PMB 24
                                                Fargo, North Dakota 58102-4246
                                                Phone: (701) 970-2770
                                                christianna@dakotabankruptcy.com

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 5th day of January, 2026, a copy of the foregoing was served electronically upon filing via the ECF system.

/s/ Christianna A. Cathcart
Christianna A. Cathcart, Esq.
