IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NORTH DAKOTA

| | | |
|---|---|---|
| In re: | ) | |
| | ) | Case No. 24-30422 |
| JAMIESON CAPEX FUND, LLC, | ) | (Chapter 11) |
| | ) | |
| Reorganized Debtor. | ) | |
| | ) | |
| JAMIESON CAPEX FUND, LLC | ) | Adv. Case No. 26-07001 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| FREDERICK WILLIAM BROWER, | ) | |
| | ) | |
| Defendant. | ) | |

## NOTICE OF APPEARANCE AND REQUEST FOR NOTICE

**TRACY A. KENNEDY**, Attorney at Law, of the law firm of Dakota Law Group P.C., hereby makes her appearance as attorney for **Frederick William Brower**, the Defendant in the above-entitled bankruptcy adversary case, pursuant to Rules 2002 and 9010 and requests that all notices and papers (including pleadings, motions, applications, orders, financial and other reports) be served upon the following:

**Dakota Law Group P.C.**
**Attn: Tracy A. Kennedy**
**3770 S. Washington St., Ste. B**
**Grand Forks, ND 58201**
**Phone: 701.772.8111; Fax: 701.772.7328**
**Email:** tracy@dakotalawgroup.com

Please take further notice that the foregoing request includes the notices and papers referred to in Rule 2002 of the Bankruptcy Rules and also includes, without limitation, notices of any orders, pleadings, motions, applications, complaints, demands, hearings, requests or petitions,

1

answering or reply papers, memoranda and briefs in support of any of the foregoing and any other document brought before this Court with respect to these proceedings, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, delivery, telephone, telegraph, telex or otherwise.

Neither this Notice of Appearance nor any subsequent appearance, pleading, claim or suit is intended to waive nor does it waive (i) any right to have final orders in non-core matters entered only after *de novo* review by a District Court Judge; (ii) any right to a jury trial in any case, controversy or proceeding related hereto; (iii) any right to have the reference withdrawn by the District Court in any matter subject to mandatory or discretionary withdrawal; or (iv) any other rights, claims, actions, defenses, setoffs or recoupments, at law or in equity, all of which are expressly reserved.

Dated: February 17, 2026.

*Tracy A. Kennedy*
**TRACY A. KENNEDY (ND ID # 05704)**
Tracy@dakotalawgroup.com
DAKOTA LAW GROUP P.C.
3770 S. Washington St., Ste. B
Grand Forks, ND 58201
Phone: 701/772-8111   Fax: 701/772-7328
Attorneys for Frederick William Brower

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| In re:<br><br>JAMIESON CAPEX FUND, LLC,<br><br>          Reorganized Debtor. | Case No. 24-30422<br>(Chapter 11) |
| JAMIESON CAPEX FUND, LLC<br><br>          Plaintiff,<br><br>v.<br><br>FREDERICK WILLIAM BROWER,<br><br>          Defendant. | Adv. Case No. 26-07001 |

**DECLARATION OF SERVICE**

**BRENDA R. DIPERSIO,** a legal assistant in the office of Dakota Law Group P.C., 3770 S. Washington St., Ste. B, Grand Forks, ND 58201, is of legal age and not a party to or interested in the above-entitled matter and declares, that on the 17th day of February, 2026, she served the following:

1. **NOTICE OF APPEARANCE AND REQUEST FOR NOTICE for attorney Tracy A. Kennedy**
2. **THIS DECLARATION OF SERVICE**

to the people who are Filing Users, by automatic e-mail notification pursuant to the Electronic Case Filing System and this notice constitutes service, and by sending the same in a postage paid envelope addressed to each person named below, at the address stated below, which is the last known address of the addressee, and by depositing said envelope in the United States mail in Grand Forks, North Dakota.

1

Maurice B. VerStandig, Esq.
The Dakota Bankruptcy Firm
1630 1st Avenue N
Suite B PMB 24
Fargo, North Dakota 58102-4246
Phone: (701) 394-3215
mac@dakotabankruptcy.com
*Counsel for Jamieson CAPEX Fund, LLC*

And I declare, under penalty of perjury, that the foregoing is true and correct.

Dated: February 17, 2026 at Grand Forks, North Dakota.

                                      */s/ Brenda R. DiPersio*
                                      **BRENDA R. DIPERSIO**