IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NORTH DAKOTA

| | | |
|---|---|---|
| In re: | ) | Case No. 24-30422 |
| | ) | (Chapter 11) |
| JAMIESON CAPEX FUND, LLC | ) | |
| | ) | |
|     Reorganized Debtor. | ) | |
| | ) | |
| JAMIESON CAPEX FUND, LLC | ) | Adv. Case No. 26-07001 |
| | ) | |
|     Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| FREDERICK WILLIAM BROWER | ) | |
| | ) | |
|     Defendant. | ) | |

**STIPULATION FOR EXTENSION OF
TIME TO FILE REPLY OR RESPONSIVE MOTION**

    Come now Jamieson CAPEX Fund, LLC ("Capex"), the plaintiff herein, and Frederick William Brower ("Mr. Brower"), the defendant herein, by and through respective undersigned counsel, and stipulate to allow Mr. Brower an additional extension to file an answer or responsive pleading, with such a filing now coming due on March 30, 2026, and in support thereof note that (i) the parties have been engaged in productive discussions about a potential amicable resolution of this matter; (ii) certain extrinsic and unrelated factors have occasioned a brief delay in Mr. Brower's retention of counsel and ability to meaningfully confer with counsel; and (iii) no prejudice will accrue to any party of a short extension of time is permitted at this early juncture of the above-referenced matter.

*[Signatures on Following Page]*

1

                                                     Respectfully submitted,

Dated: February 24, 2026.        By:    <u>/s/ Maurice B. VerStandig</u>
                                                            Maurice B. VerStandig, Esq.
                                                            The Dakota Bankruptcy Firm
                                                            1630 1st Avenue N
                                                            Suite B PMB 24
                                                            Fargo, North Dakota 58102-4246
                                                            Phone: (701) 394-3215
                                                            mac@dakotabankruptcy.com
                                                            *Counsel for Jamieson CAPEX Fund, LLC*

                                                            <u>*/s/ Tracy A. Kennedy*</u>
                                                            Tracy Kennedy, Esq.
                                                            Dakota Law Group P.C.
                                                            3770 S Washington Street
                                                           Suite B
                                                           Grand Forks, North Dakota 58201
                                                           Phone: (701) 772-8111
                                                           tracy@dakotalawgroup.com
                                                           *Counsel for Mr. Brower*