**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NORTH DAKOTA**

In Re:

Jamieson CAPEX Fund, LLC,                              Bankruptcy Case No. 24-30422
                                                       Chapter 11

                    Debtor.
_____/

Jamieson CAPEX Fund, LLC,

                    Plaintiff,

          v.                                           Adversary Case No. 26-07001

Frederick William Brower,

                    Defendant.
_____/

**CLERK'S ENTRY OF DEFAULT**

Defendant Frederick William Brower failed to appear or otherwise defend against Plaintiff's Complaint as required by law. Pursuant to Rule 7055 of the Federal Rules of Bankruptcy Procedure, Defendant Frederick William Brower is in default.

Plaintiff may seek the entry of default judgment against Defendant Frederick William Brower by filing a motion and serving notice as required by Rule 7055 of the Federal Rules of Bankruptcy Procedure and D.N.D. Bankr. L.R. 7007-1.


                                        Sara E. Diaz
                                        Clerk, U.S. Bankruptcy Court


Date issued: March 31, 2026              By: /s/ Shantel Jacobson
                                             Shantel Jacobson