IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NORTH DAKOTA

| | | |
|---|---|---|
| In re: | ) | Case No. 24-30422 |
| | ) | (Chapter 11) |
| JAMIESON CAPEX FUND, LLC | ) | |
| | ) | |
| Reorganized Debtor. | ) | |
| _____ | ) | |
| | ) | |
| JAMIESON CAPEX FUND, LLC | ) | Adv. Case No. 26-07001 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| FREDERICK WILLIAM BROWER | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

**STIPULATION FOR EXTENSION OF
TIME TO FILE REPLY OR RESPONSIVE MOTION AND CONSENT TO VACATE
CLERK'S ENTRY OF DEFAULT**

Come now Jamieson CAPEX Fund, LLC ("Capex"), the plaintiff herein, and Frederick William Brower ("Mr. Brower"), the defendant herein, by and through respective undersigned counsel, to stipulate to allow Mr. Brower an additional extension to file an answer or responsive pleading, with such a filing now coming due on April 15, 2026, and in support thereof note that (i) the parties have been engaged in productive discussions about a potential amicable resolution of this matter; (ii) certain extrinsic and unrelated factors have occasioned a brief delay in Mr. Brower's retention of counsel and ability to meaningfully confer with counsel; and (iii) no prejudice will accrue to any party of a short extension of time is permitted at this early juncture of the above-referenced matter.

**The plaintiff, by and through its counsel, consents to the vacation of the Clerk's Entry of Default which was filed on March 31, 2026 a Doc. # 10.**

1

Respectfully submitted,

Dated: March 31, 2026.              By:      /s/ Maurice B. VerStandig
                                              Maurice B. VerStandig, Esq.
                                              The Dakota Bankruptcy Firm
                                              1630 1st Avenue N
                                              Suite B PMB 24
                                              Fargo, North Dakota 58102-4246
                                              Phone: (701) 394-3215
                                              mac@dakotabankruptcy.com
                                              *Counsel for Jamieson CAPEX Fund, LLC*

                                              */s/ Tracy A. Kennedy*
                                              Tracy Kennedy, Esq.
                                              Dakota Law Group P.C.
                                              3770 S Washington Street
                                              Suite B
                                              Grand Forks, North Dakota 58201
                                              Phone: (701) 772-8111
                                              tracy@dakotalawgroup.com
                                              *Counsel for Mr. Brower*

2