**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NORTH DAKOTA**

In Re:

Jamieson CAPEX Fund, LLC,                         Bankruptcy Case No. 24-30422
                                                  Chapter 11

                Debtor.

_____/

Jamieson CAPEX Fund, LLC,

                Plaintiff,

           v.                                 Adversary Case No. 26-07001

Frederick William Brower,

                Defendant.

_____/

## ORDER

On March 31, 2026, Plaintiff Jamieson CAPEX Fund and Defendant Frederick William Brower executed a Stipulation for Extension of Time to File Reply or Responsive Motion and Consent to Vacate Clerk's Entry of Default. Doc. 11. Based on the information provided by the parties and the documents filed in this case, the Court finds cause for granting the relief the parties seek.

**IT IS ORDERED** that the stipulated motion for extension of time to file an answer or responsive motion is granted. Defendant Brower is granted until April 15, 2026, to file an answer or responsive motion to the complaint. The parties' request for order requiring the Clerk to vacate entry of default is also **GRANTED**. The Clerk shall vacate the Entry of Default dated March 31, 2026. Doc. 10.

Dated this 1st day of April, 2026.

/s/ Shon Hastings
Shon Hastings, Judge
United States Bankruptcy Court