United States Bankruptcy Court

District of North Dakota

Jamieson CAPEX Fund, LLC,

    Plaintiff

Brower,

    Defendant

Adv. Proc. No. 26-07001-skh

# CERTIFICATE OF NOTICE

| District/off: 0868-3 | User: admin | Page 1 of 1 |
|---|---|---|
| Date Rcvd: Mar 31, 2026 | Form ID: pdf2some | Total Noticed: 1 |

The following symbols are used throughout this certificate:

**Symbol**    **Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 02, 2026:**

**Recip ID**    **Recipient Name and Address**
dft    + Frederick William Brower, 38568 296th Ave, Waubun,, MN 56589-9370

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 02, 2026    Signature:    /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 31, 2026 at the address(es) listed below:**

**Name**    **Email Address**

Christianna A. Cathcart

    on behalf of Plaintiff Jamieson CAPEX Fund  LLC christianna@dakotabankruptcy.com, Cathcart.ChristiannaB114029@notify.bestcase.com

Maurice VerStandig

    on behalf of Plaintiff Jamieson CAPEX Fund  LLC mac@mbvesq.com, mac@dakotabankruptcy.com;verstandig.mauricer104982@notify.bestcase.com;verstandiglaw@recap.email

Tracy A. Kennedy

    on behalf of Defendant Frederick William Brower tracy@dakotalawgroup.com  brendadipersio@northdakotalaw.net

TOTAL: 3

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NORTH DAKOTA

In Re:

Jamieson CAPEX Fund, LLC,

          Debtor.

_____/

Jamieson CAPEX Fund, LLC,

          Plaintiff,

          v.

Frederick William Brower,

          Defendant.

_____/

Bankruptcy Case No. 24-30422
Chapter 11

Adversary Case No. 26-07001

## CLERK'S ENTRY OF DEFAULT

Defendant Frederick William Brower failed to appear or otherwise defend against Plaintiff's Complaint as required by law. Pursuant to Rule 7055 of the Federal Rules of Bankruptcy Procedure, Defendant Frederick William Brower is in default.

Plaintiff may seek the entry of default judgment against Defendant Frederick William Brower by filing a motion and serving notice as required by Rule 7055 of the Federal Rules of Bankruptcy Procedure and D.N.D. Bankr. L.R. 7007-1.

          Sara E. Diaz
          Clerk, U.S. Bankruptcy Court

Date issued: March 31, 2026        By: /s/ Shantel Jacobson
                  Shantel Jacobson