United States Bankruptcy Court

District of North Dakota

Jamieson CAPEX Fund, LLC,

    Plaintiff

                                                 Adv. Proc. No. 26-07001-skh

Brower,

    Defendant

# CERTIFICATE OF NOTICE

| District/off: 0868-3 | User: admin | Page 1 of 1 |
|---|---|---|
| Date Rcvd: Apr 01, 2026 | Form ID: pdf2some | Total Noticed: 1 |

The following symbols are used throughout this certificate:

**Symbol**        **Definition**

+        Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 03, 2026:**

| Recip ID | Recipient Name and Address |
|---|---|
| dft | +  Frederick William Brower, 38568 296th Ave, Waubun,, MN 56589-9370 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 03, 2026                    Signature:        /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 1, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Christianna A. Cathcart | |
| | on behalf of Plaintiff Jamieson CAPEX Fund  LLC christianna@dakotabankruptcy.com, Cathcart.ChristiannaB114029@notify.bestcase.com |
| Maurice VerStandig | |
| | on behalf of Plaintiff Jamieson CAPEX Fund  LLC mac@mbvesq.com, mac@dakotabankruptcy.com;verstandig.mauricer104982@notify.bestcase.com;verstandiglaw@recap.email |
| Tracy A. Kennedy | |
| | on behalf of Defendant Frederick William Brower tracy@dakotalawgroup.com  brendadipersio@northdakotalaw.net |

TOTAL: 3

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NORTH DAKOTA**

In Re:

Jamieson CAPEX Fund, LLC,                           Bankruptcy Case No. 24-30422
                                                    Chapter 11
                    Debtor.

_____/

Jamieson CAPEX Fund, LLC,

                    Plaintiff,

          v.                                        Adversary Case No. 26-07001

Frederick William Brower,

                    Defendant.

_____/

**ORDER**

On March 31, 2026, Plaintiff Jamieson CAPEX Fund and Defendant Frederick William Brower executed a Stipulation for Extension of Time to File Reply or Responsive Motion and Consent to Vacate Clerk's Entry of Default. Doc. 11. Based on the information provided by the parties and the documents filed in this case, the Court finds cause for granting the relief the parties seek.

**IT IS ORDERED** that the stipulated motion for extension of time to file an answer or responsive motion is granted.  Defendant Brower is granted until April 15, 2026, to file an answer or responsive motion to the complaint.  The parties' request for order requiring the Clerk to vacate entry of default is also **GRANTED**.  The Clerk shall vacate the Entry of Default dated March 31, 2026. Doc. 10.

Dated this 1st day of April, 2026.

/s/ Shon Hastings
Shon Hastings, Judge
United States Bankruptcy Court