IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NORTH DAKOTA

| | | |
|---|---|---|
| In re: | ) | Case No. 24-30422 |
| | ) | (Chapter 11) |
| JAMIESON CAPEX FUND, LLC | ) | |
| | ) | |
| Reorganized Debtor. | ) | |
| _____ | ) | |
| | ) | |
| JAMIESON CAPEX FUND, LLC | ) | Adv. Case No. 26-07001 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| FREDERICK WILLIAM BROWER | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

**STIPULATION FOR EXTENSION OF
TIME TO FILE REPLY OR RESPONSIVE MOTION AND CONSENT TO VACATE
CLERK'S ENTRY OF DEFAULT**

Come now Jamieson CAPEX Fund, LLC ("Capex"), the plaintiff herein, and Frederick William Brower ("Mr. Brower"), the defendant herein, by and through respective undersigned counsel, to stipulate to allow Mr. Brower an additional extension to file an answer or responsive pleading, with such a filing now coming due on May 1, 2026, and in support thereof note that (i) the parties continue to be engaged in productive discussions about a potential amicable resolution of this matter; and (iii) no prejudice will accrue to any party of a short extension of time is permitted at this early juncture of the above-referenced matter.

1

Respectfully submitted,

Dated: April 10, 2026.        By:      /s/ Maurice B. VerStandig
Maurice B. VerStandig, Esq.
The Dakota Bankruptcy Firm
1630 1st Avenue N
Suite B PMB 24
Fargo, North Dakota 58102-4246
Phone: (701) 394-3215
mac@dakotabankruptcy.com
*Counsel for Jamieson CAPEX Fund, LLC*

/s/ Tracy A. Kennedy
Tracy Kennedy, Esq.
Dakota Law Group P.C.
3770 S Washington Street
Suite B
Grand Forks, North Dakota 58201
Phone: (701) 772-8111
tracy@dakotalawgroup.com
*Counsel for Mr. Brower*

2