IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NORTH DAKOTA

| | | |
|---|---|---|
| In re: | ) | Case No. 24-30422 |
| | ) | (Chapter 11) |
| JAMIESON CAPEX FUND, LLC | ) | |
| | ) | |
| Reorganized Debtor. | ) | |
| _____ | ) | |
| | ) | |
| JAMIESON CAPEX FUND, LLC | ) | Adv. Case No. 26-07001 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| FREDERICK WILLIAM BROWER | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

## CONSENT MOTION TO EXTEND TIME TO OPPOSE MOTION TO DISMISS

Comes now Jamieson CAPEX Fund, LLC ("Capex"), the plaintiff herein, by and through respective undersigned counsel, and moves—by consent of Frederick William Brower ("Mr. Brower")—to permit Capex an additional seven (7) days to respond to the motion to dismiss, DE #19, filed by Mr. Brower, and in support thereof states as follows:

The parties continue to engage in settlement discussions, with hopes such may moot the need for further litigation of this matter. Additionally, due to time commanded by unrelated matters (some in this Honorable Court and some in other courts), undersigned counsel is desirous of additional time to craft an appropriate responsive brief if one is to be docketed.

The extension sought herein is permitted under the Federal Rules of Bankruptcy Procedure "for cause," Fed. R. Bankr. P. 9006(b)(1), and it is respectfully urged the foregoing constitutes "cause" sufficient to merit a brief, one week extension of time. It is also observed that such an extension will not cause prejudice to inure to the detriment of any party.

1

Respectfully submitted,

Dated: May 27, 2026          By:   /s/ Maurice B. VerStandig
   Maurice B. VerStandig, Esq.
   The Dakota Bankruptcy Firm
   1630 1st Avenue N
   Suite B PMB 24
   Fargo, North Dakota 58102-4246
   Phone: (701) 394-3215
   mac@dakotabankruptcy.com
   *Counsel for Jamieson CAPEX Fund, LLC*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 27th day of May, 2026, a copy of the foregoing was served electronically upon filing via the ECF system.

/s/ Maurice B. VerStandig
Maurice B. VerStandig

2