IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NORTH DAKOTA

| | | |
|---|---|---|
| In re: | ) | Case No. 24-30422 |
| | ) | (Chapter 11) |
| JAMIESON CAPEX FUND, LLC | ) | |
| | ) | |
| Reorganized Debtor. | ) | |
| _____ | ) | |
| | ) | |
| JAMIESON CAPEX FUND, LLC | ) | Adv. Case No. 26-07001 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| FREDERICK WILLIAM BROWER | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

## CONSENT MOTION TO EXTEND TIME TO OPPOSE MOTION TO DISMISS

Comes now Jamieson CAPEX Fund, LLC ("Capex"), the plaintiff herein, by and through respective undersigned counsel, and moves—by consent of Frederick William Brower ("Mr. Brower")—to permit Capex an additional seven (7) days (to and through June 17, 2026) to respond to the motion to dismiss, DE #19, filed by Mr. Brower, and in support thereof states as follows:

The parties continue to engage in settlement discussions, with hopes such may moot the need for further litigation of this matter. Counsel for the parties had a particularly productive discussion late last week and intend to continue their dialogue through the coming days. There is a sincere hope—albeit not a certainty—that an amicable resolution may be reachable.

Additionally, due to attention commanded by unrelated matters, undersigned counsel is desirous of additional time to craft an appropriate responsive brief if one is to be docketed. While all cases merit and deserve equal attention and dignity, certain recent filings in this Honorable Court have required an outsized degree of attention over the past week.

1

The extension sought herein is permitted under the Federal Rules of Bankruptcy Procedure "for cause," Fed. R. Bankr. P. 9006(b)(1), and it is respectfully urged the foregoing constitutes "cause" sufficient to merit a brief, one week extension of time. It is also observed that such an extension will not cause prejudice to inure to the detriment of any party.

WHEREFORE, Capex respectfully prays this Honorable Court furnish an extension, to and through June 17, 2026, to reply to the motion to dismiss.

Respectfully submitted,

Dated: June 8, 2026    By:    /s/ Maurice B. VerStandig
Maurice B. VerStandig, Esq.
The Dakota Bankruptcy Firm
1630 1st Avenue N
Suite B PMB 24
Fargo, North Dakota 58102-4246
Phone: (701) 394-3215
mac@dakotabankruptcy.com
*Counsel for Jamieson CAPEX Fund, LLC*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 8th day of June, 2026, a copy of the foregoing was served electronically upon filing via the ECF system.

/s/ Maurice B. VerStandig
Maurice B. VerStandig

2