IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NORTH DAKOTA

| | | |
|---|---|---|
| In re: | ) | Case No. 24-30422 |
| | ) | (Chapter 11) |
| JAMIESON CAPEX FUND, LLC | ) | |
| | ) | |
| Reorganized Debtor. | ) | |
| _____ | ) | |
| | ) | |
| JAMIESON CAPEX FUND, LLC | ) | Adv. Case No. 26-07001 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| FREDERICK WILLIAM BROWER | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

## <u>CONSENT MOTION TO EXTEND TIME TO OPPOSE MOTION TO DISMISS</u>

Comes now Jamieson CAPEX Fund, LLC ("Capex"), the plaintiff herein, by and through respective undersigned counsel, and moves—by consent of Frederick William Brower ("Mr. Brower")—to permit Capex an additional nine (9) days (to and through June 29, 2026) to respond to the motion to dismiss, DE #19, filed by Mr. Brower, and in support thereof states as follows:

The parties continue to engage in settlement discussions, with hopes such may moot the need for further litigation of this matter. There exists a desire to continue with those settlement negotiations before an opposition brief is docketed, both out of economic sensibility to Capex's estate and out of a desire to avoid the potential frustration of amicability through an innately-adversarial filing.

The extension sought herein is permitted under the Federal Rules of Bankruptcy Procedure "for cause," Fed. R. Bankr. P. 9006(b)(1), and it is respectfully urged the foregoing constitutes "cause" sufficient to merit a brief, one week extension of time. It is also observed that such an

1

extension will not cause prejudice to inure to the detriment of any party.

WHEREFORE, Capex respectfully prays this Honorable Court permit to and through Friday, June 29, 2026, for the filing of a brief in opposition to the motion to dismiss, and for such other and further relief as may be just and proper.

Respectfully submitted,

Dated: June 17, 2026         By:    /s/ Maurice B. VerStandig
Maurice B. VerStandig, Esq.
The Dakota Bankruptcy Firm
1630 1st Avenue N
Suite B PMB 24
Fargo, North Dakota 58102-4246
Phone: (701) 394-3215
mac@dakotabankruptcy.com
*Counsel for Jamieson CAPEX Fund, LLC*

**<u>CERTIFICATE OF SERVICE</u>**

I HEREBY CERTIFY that on this 17th day of June, 2026, a copy of the foregoing was served electronically upon filing via the ECF system.

/s/ Maurice B. VerStandig
Maurice B. VerStandig

2