IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NORTH DAKOTA

| | | |
|---|---|---|
| In re: | ) | Case No. 24-30422 |
| | ) | (Chapter 11) |
| JAMIESON CAPEX FUND, LLC | ) | |
| | ) | |
| Reorganized Debtor. | ) | |
| | ) | |
| | ) | |
| JAMIESON CAPEX FUND, LLC | ) | Adv. Case No. 26-07001 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| FREDERICK WILLIAM BROWER | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

## STIPULATION FOR EXTENSION OF
## TIME TO FILE REPLY OR RESPONSIVE PLEADING TO MOTION TO DISMISS

Come now Jamieson CAPEX Fund, LLC ("Capex"), the plaintiff herein, and Frederick William Brower ("Mr. Brower"), the defendant herein, by and through respective undersigned counsel, and stipulate to allow Capex an additional sixteen (16) days from June 29, 2026 to file a responsive pleading to Mr. Brower's Motion to Dismiss [Doc. 19], with such a filing **now coming due on July 15, 2026,** and in support thereof note that the parties continue to engage in settlement discussions, with hopes such may moot the need for further litigation of this matter. Counsel for the parties have had a particularly productive discussion this week and intend to continue their dialogue through the coming days. There is a sincere hope—albeit not a certainty—that an amicable resolution may be reachable.

*[Signatures on Following Page]*

1

Respectfully submitted,

Dated: June 25, 2026.                    By:     /s/ Maurice B. VerStandig
                                                 Maurice B. VerStandig, Esq.
                                                 The Dakota Bankruptcy Firm
                                                 1630 1st Avenue N
                                                 Suite B PMB 24
                                                 Fargo, North Dakota 58102-4246
                                                 Phone: (701) 394-3215
                                                 mac@dakotabankruptcy.com
                                                 *Counsel for Jamieson CAPEX Fund, LLC*

                                                 */s/ Tracy A. Kennedy*
                                                 Tracy Kennedy, Esq.
                                                 Dakota Law Group P.C.
                                                 3770 S Washington Street
                                                 Suite B
                                                 Grand Forks, North Dakota 58201
                                                 Phone: (701) 772-8111
                                                 tracy@dakotalawgroup.com
                                                 *Counsel for Mr. Brower*

2

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NORTH DAKOTA

|  |  |  |
|---|---|---|
| In re: | ) | |
| | ) | Case No. 24-30422 |
| JAMIESON CAPEX FUND, LLC, | ) | (Chapter 11) |
| | ) | |
| Reorganized Debtor. | ) | |
| | ) | |
| | ) | |
| JAMIESON CAPEX FUND, LLC | ) | Adv. Case No. 26-07001 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| FREDERICK WILLIAM BROWER, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**DECLARATION OF SERVICE**

**BRENDA R. DIPERSIO,** a legal assistant in the office of Dakota Law Group P.C., 3770 S. Washington St., Ste. B, Grand Forks, ND 58201, is of legal age and not a party to or interested in the above-entitled matter and declares, that on the 25th day of June, 2026, she served the following:

1. **Stipulation for Extension of Time to File Reply or Responsive Pleading to Motion to Dismiss**
2. **This Declaration Of Service**

to the people who are Filing Users, by automatic e-mail notification pursuant to the Electronic Case Filing System and this notice constitutes service, and by sending the same in a postage paid envelope addressed to each person named below, at the address stated below, which is the last known address of the addressee, and by depositing said envelope in the United States mail in Grand Forks, North Dakota.

1

Maurice B. VerStandig, Esq.
The Dakota Bankruptcy Firm
1630 1st Avenue N
Suite B PMB 24
Fargo, North Dakota 58102-4246
Phone: (701) 394-3215
mac@dakotabankruptcy.com
*Counsel for Jamieson CAPEX Fund, LLC*


And I declare, under penalty of perjury, that the foregoing is true and correct.

Dated: June 25, 2026 at Grand Forks, North Dakota.

*/s/ Brenda R. DiPersio*
**BRENDA R. DIPERSIO**

2