IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NORTH DAKOTA

| | | |
|---|---|---|
| In re:<br><br>JAMIESON CAPEX FUND, LLC<br><br>Reorganized Debtor. | ) | Case No. 24-30422<br>(Chapter 11) |
| JAMIESON CAPEX FUND, LLC<br><br>Plaintiff,<br><br>v.<br><br>FREDERICK WILLIAM BROWER<br><br>Defendant. | ) | Adv. Case No. 26-07001 |

**NOTIFICATION OF SETTLEMENT PENDING JUDICIAL APPROVAL AND CONSENT MOTION TO EXTEND TIME TO OPPOSE MOTION TO DISMISS**

Comes now Jamieson CAPEX Fund, LLC ("CAPEX"), the plaintiff herein, by and through respective undersigned counsel, and gives notice that a tentative global settlement agreement has been reached between Capex and Frederick William Brower ("Mr. Brower"), which will be subject to judicial approval pursuant to Federal Rule of Bankruptcy Procedure 9019.

So as to allow time for appropriate approval to be sought and secured, without prejudicing the rights of any parties in the interim, CAPEX asks that the time to respond to the pending motion to dismiss, filed by Mr. Brower, be continued to and through October 1, 2026. Transparently, it is the hope of CAPEX that no such response will ever actually be filed but, rather, this suit will be dismissed—by consent—upon consummation of the aforesaid settlement agreement.

WHEREFORE, CAPEX respectfully prays this Honorable Court permit to and through Thursday, October 1, 2026, for the filing of a brief in opposition to the motion to dismiss, and for such other and further relief as may be just and proper.

Respectfully submitted,

Dated: August 16, 2026 By: /s/ Maurice B. VerStandig

Maurice B. VerStandig, Esq.
The Dakota Bankruptcy Firm
1630 1st Avenue N
Suite B PMB 24
Fargo, North Dakota 58102-4246
Phone: (701) 394-3215
mac@dakotabankruptcy.com
*Counsel for Jamieson CAPEX Fund, LLC*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 16th day of August, 2026, a copy of the foregoing was served electronically upon filing via the ECF system.

/s/ Maurice B. VerStandig
Maurice B. VerStandig