IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NORTH DAKOTA

| | | |
|---|---|---|
| In re: | ) | Case No. 24-30422 |
| | ) | (Chapter 11) |
| JAMIESON CAPEX FUND, LLC | ) | |
| | ) | |
| Reorganized Debtor. | ) | |
| | ) | |
| | ) | |
| JAMIESON CAPEX FUND, LLC | ) | Adv. Case No. 26-07001 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| FREDERICK WILLIAM BROWER | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**CONSENT MOTION TO EXTEND TIME TO OPPOSE MOTION TO DISMISS**

Comes now Jamieson CAPEX Fund, LLC ("Capex"), the plaintiff herein, by and through respective undersigned counsel, and moves—by consent of Frederick William Brower ("Mr. Brower")—to permit Capex an additional twenty eight (28) days (to and through November 6, 2026) to respond to the motion to dismiss, DE #19, filed by Mr. Brower, and in support thereof states as follows:

The parties have reached a settlement and a motion seeking approval of the same has been filed in the main case a short time ago. This extension is sought to permit time for the settlement to be approved and effectuated, with it being the parties' intent that such will bring about a close of these proceedings.

WHEREFORE, Capex respectfully prays this Honorable Court permit to and through Friday, November 6, 2026, for the filing of a brief in opposition to the motion to dismiss, and for such other and further relief as may be just and proper.

Respectfully submitted,

Dated: October 9, 2026 By: /s/ Maurice B. VerStandig

Maurice B. VerStandig, Esq.
The Dakota Bankruptcy Firm
1630 1st Avenue N
Suite B PMB 24
Fargo, North Dakota 58102-4246
Phone: (701) 394-3215
mac@dakotabankruptcy.com
*Counsel for Jamieson CAPEX Fund, LLC*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 9th day of October, 2026, a copy of the foregoing was served electronically upon filing via the ECF system.

/s/ Maurice B. VerStandig
Maurice B. VerStandig