IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NORTH DAKOTA

| | | |
|---|---|---|
| In re:<br><br>JAMIESON CAPEX FUND, LLC<br><br>Reorganized Debtor. | ) | Case No. 24-30422<br>(Chapter 11) |
| JAMIESON CAPEX FUND, LLC<br><br>Plaintiff,<br><br>v.<br><br>FREDERICK WILLIAM BROWER<br><br>Defendant. | ) | Adv. Case No. 26-07001 |

**CONSENT MOTION TO EXTEND TIME TO OPPOSE MOTION TO DISMISS**

Comes now Jamieson CAPEX Fund, LLC ("Capex"), the plaintiff herein, by and through respective undersigned counsel, and moves—by consent of Frederick William Brower ("Mr. Brower")—to permit Capex an additional twenty eight (28) days (to and through December 4, 2026) to respond to the motion to dismiss, DE #19, filed by Mr. Brower, and in support thereof states as follows:

Courtesy of issues retrieving a mailing matrix during the BNC outage, Capex was slow to serve a motion to approve a compromise resolving this adversary proceeding. This, in turn, set matters back by a few weeks and, ergo, beyond the current response date for the motion to dismiss.

The current extension is sought simply to recalibrate the due date to a deadline past when the motion to approve a compromise is likely to be ruled upon.

WHEREFORE, Capex respectfully prays this Honorable Court permit to and through Friday, November 6, 2026, for the filing of a brief in opposition to the motion to dismiss, and for such other

and further relief as may be just and proper.

Respectfully submitted,

Dated: November 6, 2026 By: /s/ Maurice B. VerStandig

Maurice B. VerStandig, Esq.
The Dakota Bankruptcy Firm
1630 1st Avenue N
Suite B PMB 24
Fargo, North Dakota 58102-4246
Phone: (701) 394-3215
mac@dakotabankruptcy.com
*Counsel for Jamieson CAPEX Fund, LLC*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 6th day of November, 2026, a copy of the foregoing was served electronically upon filing via the ECF system.

/s/ Maurice B. VerStandig
Maurice B. VerStandig